JEAN P. GLENN v. JOSEPH HENRY GLENN, III

No. 8021DC1103

(Filed 18 August 1981)

**Divorce and Alimony § 24— separation agreement—father not entitled to account-
ing for support**
    A father is not entitled to an accounting from the mother for sums paid to
her for support of the children pursuant to a separation agreement.

APPEAL by defendant from *Alexander, Judge.* Order entered 22 August 1980 in District Court, FORSYTH County. Heard in the Court of Appeals 6 May 1981.

Defendant appeals from an order denying and dismissing his motion to compel plaintiff to render an accounting for sums paid her by defendant as child support pursuant to the provisions of a separation agreement.

*House, Blanco and Randolph, P.A., by Clyde C. Randolph, Jr., for plaintiff appellee.*

*Graham, Glenn, Crumpler and Habegger, by William T. Graham, for defendant appellant.*

WHICHARD, Judge.

A father is not entitled to an accounting from the mother for sums paid to her for support of the children pursuant to a consent

judgment. *Tyndall v. Tyndall*, 270 N.C. 106, 153 S.E. 2d 819 (1967); *Zande v. Zande*, 3 N.C. App. 149, 164 S.E. 2d 523 (1968). No reason appears for a different rule when such sums are paid pursuant to a separation agreement rather than a consent judgment. The cases cited indicate that the cause of action for misuse of the money paid pursuant to a consent judgment arises on behalf of the children rather than the father. The children, as third party beneficiaries of the contract between the parents, would likewise be the proper parties in an action for an accounting for money paid pursuant to a separation agreement.

Affirmed.

Chief Judge MORRIS and Judge WEBB concur.